# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | **CHAPTER 11 CASE** |
| | § | |
| **INTEGRA HOSPITAL PLANO,** | § | **CASE NO. 08-42998** |
| **L.L.C.,** *et. al.* | § | |
| | § | **Jointly Administered** |
| Debtors. | § | |
| | § | |

## Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements" and collectively with the Schedules, the "Schedules and Statements") of Integra Hospital Plano, L.L.C. ("Integra Plano"), Integra Hospital Baton Rouge, L.L.C. ("Integra Baton Rouge"), Integra Hospital Management, L.L.C. ("Integra Management") and Integra Healthcare Holdings, Ltd. ("Integra Holdings," together with Integra Plano, Integra Baton Rouge and Integra Management, the "Debtors" or "Companies"), in these Chapter 11 cases have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors with the assistance of the Chief Restructuring Officer and counsel and are unaudited. While management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to this Chapter 11 case and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the bankruptcy code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

## Amendment
While reasonable efforts were made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement its Schedules and Statements as is necessary and appropriate.

**Causes of Action**

The Debtors, despite efforts, may not have set forth all of their causes of action against third parties as assets in its Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Claims Description**

Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," and/or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute any claim reflected on its Schedules or Statements on any grounds, including, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated." The Debtors reserve the right to object to any scheduled claims.

**Description of Cases**

November 5, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code"). The Debtors are currently operating their business as debtors-in-possession pursuant to the Bankruptcy Code. The information provided herein, except as otherwise noted, generally represents the asset and liability data of the Debtors as of the Petition Date.

**Agreements Subject to Confidentiality**

There may be instances within the Schedules and Statements where either names, addresses or amounts have been left blank. Due to the nature of agreements between the Debtors and third parties, concerns of confidentiality or concerns for the privacy of an individual based on the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") or otherwise, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts. The Debtors have requested that the Court authorize the listing of patient's names, not previously of public record, which would appear on Schedule F, to be filed under seal.

**Basis of Presentation**

These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principals.

**Court Orders**

By separate orders of the Bankruptcy Court, the Debtor was authorized to pay, among other things, certain prepetition claims of employees. Consequently, certain prepetition fixed, liquidated and undisputed claims have been or will be paid. Schedules E contain prepetition liabilities for the employee payroll that has been or will be paid under these first day orders or any other court order.

**Current Market Value of Assets**

It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of its assets. Accordingly, unless

otherwise indicated, net book values are reflected on the Debtors' Schedules and Statements for assets. For this reason, amount ultimately realized from assets may vary from net book value and such variance may be material. Exceptions to this include operating cash and certain other assets.

**Excluded Assets and Liabilities**
     The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements such as good will, employee benefit accruals, and deferred assets, losses and gains. Other nonmaterial assets and liabilities may also have been excluded.

**General Reservation of Rights**
     The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of its Schedules and Statements as and to the extent necessary and appropriate.

**Schedule D-Creditors Holding Secured Claims**
     Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.

In re    **Integra Hospital Plano, L.L.C.**                          Case No.   _08 - 42998_

                                        Debtor

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) |

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Integra Hospital Plano, L.L.C.**      Case No. **08 - 42998**

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | – 0 – | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | – 0 – | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | 1,568 | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                         Sub-Total >       **0.00**
                                        (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re    **Integra Hospital Plano, L.L.C.**          Case No. _08 - 42998_

                                     Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | 3,962,375 | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re    Integra Hospital Plano, L.L.C.          Case No.  08 - 42998
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | 7,575,249 | | |
| 30. Inventory. | X | 236,020.00 | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | Prepaids    174,169.00 | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 0.00 |

Sheet  2  of  2  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Integra Hospital Plano, L.L.C.**                                        Case No. _08 - 42998_
<br>                                          **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br> BOT (BANK OF TEXAS) <br> SUITE 1100 <br> 5956 SHERRY LANE <br> DALLAS, TX 75225 | | | | | 9/25/06 - Capital leases <br><br> 4/11/08 - Revolver <br> lien on Computer equipment & accounts Receivable <br><br> Value $ 4,341,700 | | | | ALL | NONE |
| Account No. <br><br> TCB (TEXAS CAPITAL BANK) <br> SUITE 900 <br> 2100 McKINNEY AVE. <br> DALLAS, TX 75201 | | | | | 4/11/08 - Capital leases <br><br> Lien on Artwork, beds, Furniture <br><br> Value $ 2,200,000 | | | | ALL | NONE |
| Account No. <br><br> SIEMENS FINANCIAL SERVICES, INC <br> MAIL STOP A21 <br> 51 VALLEY STREAM PARKWAY <br> MALVERN, PA 19355 | | | | | 9/11/08 - Capital leases <br> lien on Imaging equipment <br><br> Value $ 4,010,000 | | | | ALL | DONE |
| Account No. <br><br> CONTEMPORARY HEALTHCARE CAPITAL <br> SUITE 3B <br> 1640 BROAD STREET <br> SHREWSBURY, NJ 07702 | | | | | 4/11/08 - 2nd Lien on Accounts Receivable & Assets. <br><br> Value $ 4,700,000 | | | | ALL | DONE |
| | | | | | Subtotal <br> (Total of this page) | | | | | |
| | | | | | Total <br> (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

**0.** continuation sheets attached

In re **Integra Hospital Plano, L.L.C.**

Case No. _08 - 42998_

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 _____ continuation sheets attached

In re    **Integra Hospital Plano, L.L.C.**                                                                 Case No.  08 - 42998
                                            Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if he debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Sheet 1 of 3 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

In re **Integra Hospital Plano, L.L.C.**        Case No.   _08 - 42998_
_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to 5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Sheet 2 of 3 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.
In re __Integra Hospital Plano, L.L.C.__
                        Debtor(s)

Case No. _08 - 42998_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

<u>__Wages, salaries, and commissions__</u>
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | N A | | | | | | | 0.00 | |
| **Prepetition Employee Wages\*** | | | | | | | | $688,792.00 | | $688,792.00 |

|  | | |
|---|---|---|
| Subtotals: (Totals of this page) | 688,792.00 | 0.00 688,792.00 |
| Total: (Use only on last page of the completed Schedule E. Repeat also on the Summary of Schedules.) | 688,792.00 | |
| Totals: (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. | | 0.00 688,792.00 |

\*These Prepetition Employee Wages have been paid pursuant to Court orders.

B6F (Official Form 6F) (12/07)

In re    **Integra Hospital Plano, L.L.C.**                                            Case No.    08 - 42998
_____                                    _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No.                                  **See Attached** | | - | | | | | | |
| | | | | | | | | 3,313,308.32 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| **0**    continuation sheets attached | | | | Subtotal (Total of this page) | | | | 3,313,308.32 |
| | | | | Total (Report on Summary of Schedules) | | | | 3,313,308.32 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    S/N:36651-081009    Best Case Bankruptcy

Schedule F
Integra Hospital Baton Rouge

| VENDOR NAME | TOTAL |
|---|---|
| TEXAS HCP HOLDING, LP | $1,020,000.00 |
| SIEMENS MEDICAL SOLUTIONS | $203,607.79 |
| COLSON, JEANETTE | $107,790.00 |
| UNIVERSAL HOSPITAL SERVICE | $94,582.18 |
| CARDINAL HEALTH 301, INC. | $90,632.56 |
| TEXAS CAPITAL BANK, NA | $85,707.47 |
| RELIANT ENERGY RETAIL SERV | $84,012.98 |
| CARDINAL HEALTH, INC. | $81,112.61 |
| MAXIM HEALTHCARE SERVICES | $81,034.71 |
| OWENS & MINOR | $74,318.49 |
| ENTERPRISE STAFFING AGENCY | $53,121.20 |
| NIKKI PARHAM | $52,671.03 |
| PLATINUM SELECT, LP | $43,701.77 |
| MILLET THE PRINTER, INC. | $43,202.29 |
| AMERISOURCEBERGEN DRUG COR | $42,398.79 |
| HUGHES & LUCE, LLP | $41,770.51 |
| MEDISERVE INFORMATION SYST | $40,450.00 |
| GULF SOUTH MEDICAL SUPPLY | $39,902.99 |
| SHC SERVICES INC. | $37,997.81 |
| GLOBALCOMM, INC. | $36,279.51 |
| GLOBAL OPERATIONS TEXAS LP | $33,958.77 |
| SUNGARD AVAILABILITY SERVI | $33,836.25 |
| PATTERSON MEDICAL SUPPLY, | $32,380.90 |
| STAPLES BUSINESS ADVANTAGE | $31,677.74 |
| 3M COMPANY | $29,192.62 |
| CONSOLIDATED COMPANIES, IN | $25,767.62 |
| ATMOS ENERGY | $24,573.75 |
| LAMAJAK INC. | $24,000.00 |
| VITECONLINE | $23,081.79 |
| STERLING PROTECTIVE SERVIC | $22,676.87 |
| SYSCO FOOD SERVICE OF DALL | $22,161.11 |
| BANK OF TEXAS | $22,102.02 |
| OCEAN FRESH LAUNDRIES, INC | $22,015.83 |
| GROUPONE | $21,883.49 |
| O&P SERVICES, INC. | $19,343.70 |
| FREEDOM MEDICAL INC. | $19,273.71 |
| JOHNSON CONTROLS, INC. | $16,974.54 |
| MEDREC, INC. | $16,925.69 |
| SIMULATOR SYSTEMS INT'L | $16,705.00 |
| THE DALLAS MORNING NEWS | $15,695.64 |
| LAB CORP OF AMERICA HOLDIN | $15,432.44 |
| PRESBYTERIAN PLANO | $15,098.09 |
| AMERICAN MEDICAL RESPONSE | $14,434.99 |
| OFFICETEAM | $14,398.74 |
| WRITE NOW OFFICE PRODUCTS | $14,240.16 |
| RAPPA, PETER M.D. | $12,000.00 |
| SPHERIS OPERATIONS LLC | $11,873.37 |
| ANDREWS KURTH LLP | $10,958.67 |

| | |
|---|---|
| ALIMED, INC. | $10,812.98 |
| IT HEALTHTRACK, INC. | $10,602.65 |
| M-R MEDICAL INC. | $10,551.00 |
| SOUTHWEST SOLUTIONS GROUP | $10,449.19 |
| EDWARD DON & COMPANY | $10,186.22 |
| CARTER BLOODCARE | $10,104.00 |
| LINDE, INC. | $9,908.83 |
| OCCUPATIONAL HEALTH CENTER | $8,918.45 |
| MEDLINE INDUSTRIES INC. | $8,261.17 |
| CONTEGO SOLUTIONS, L.L.C. | $8,219.70 |
| CERIDIAN CORPORATION | $7,567.44 |
| PRESBYTERIAN DALLAS | $7,260.33 |
| ROCHE DIAGNOSTICS CORP. | $7,059.20 |
| KCI USA | $7,029.07 |
| AMERICAN MEDICAL REHAB | $6,800.00 |
| CAREERBUILDER, LLC. | $6,645.00 |
| DON NETZER PHOTOGRAPHY | $6,549.13 |
| RKV INVESTMENTS, INC. | $6,001.00 |
| LONE STAR AMBULANCE | $5,940.00 |
| M.C.R. ENVIRONMENTAL SERVI | $5,764.32 |
| TRINITY MEDICAL CENTER | $5,384.22 |
| 'J.S. INFUSION, INC. | $5,235.00 |
| CAREERSTAFF UNLIMITED INC. | $5,127.50 |
| ASD HEALTHCARE | $4,983.50 |
| HUMPHREY & ASSOCIATES INC. | $4,920.66 |
| FIRST HOSPITAL PRODUCTS, I | $4,842.43 |
| MED 1 ONLINE LLC | $4,788.50 |
| ABBOTT LABORATORIES INC. | $4,768.36 |
| ALLIANCE PROFESSIONAL SERV | $4,595.21 |
| TW TELECOM | $4,147.91 |
| PCC SALES, INC. | $3,901.28 |
| EMPI | $3,897.87 |
| DYNAMIC BIOMEDICAL | $3,840.98 |
| EQUIPMENT DEPOT | $3,718.60 |
| UNIVERSITY OF NORTH TEXAS | $3,600.00 |
| CLIAWAIVED INC. | $3,599.40 |
| PLANO PROFILE | $3,455.00 |
| CELLERATION, INC. | $3,313.68 |
| CITY OF PLANO | $3,202.22 |
| TRI-ANIM HEALTH SERVICES, | $2,987.11 |
| SOCIAL WORK ACCESS, INC. | $2,983.50 |
| FILGO OIL COMPANY | $2,966.37 |
| SAGE PRODUCTS INC. | $2,930.01 |
| LANDAUER, INC. | $2,672.58 |
| BAXTER HEALTHCARE CORP | $2,585.31 |
| BLACKMON, MICHAEL | $2,560.00 |
| ADVANTAGE NURSING SERVICES | $2,512.03 |
| VONCO MEDICAL PRODUCTS | $2,461.03 |
| PLANO CHAMBER OF COMMERCE | $2,400.00 |
| FULBRIGHT & JAWORSKI, L.L. | $2,370.00 |
| WORKFLOWONE | $2,300.75 |
| TEXAS HOSPITAL ASSOCIATION | $2,144.00 |

| | |
|---|---|
| BUSINESS OBJECTS AMERICA | $2,137.94 |
| RENAL VENTURES MGMT, LLC | $2,087.14 |
| TXU ENERGY | $2,087.12 |
| DFWHC | $2,050.00 |
| POLLOCK PAPER DISTRIBUTORS | $2,030.50 |
| SOUTHERN FOODS, LP | $1,976.73 |
| EXTENDED CARE INFO NETWORK | $1,948.50 |
| HCPRO, INC. | $1,925.43 |
| NATIONAL INTERSTATE | $1,917.00 |
| PRO-ED | $1,914.73 |
| THE SR GUIDES OF TEXAS, LL | $1,908.00 |
| HARCOURT ASSESSMENT INC. | $1,857.60 |
| CARDIOVASCULAR ON-CALL | $1,850.00 |
| DIRECT SUPPLY EQUIPMENT | $1,845.43 |
| STANDARDTEXTILE | $1,802.50 |
| MISTER SWEEPER LP | $1,789.52 |
| CUMMINS SOUTHERN PLAINS, L | $1,619.42 |
| FFF ENTERPRISES, INC. | $1,575.00 |
| HANGER PROSTHETICS & ORTHO | $1,574.84 |
| CINTAS CORPORATION 2 | $1,545.00 |
| KLOTRON, INC. | $1,530.90 |
| DFW CMSA | $1,500.00 |
| CORT FURNITURE RENTAL | $1,485.07 |
| AMERICAN HEALTH CARE SUPPL | $1,406.81 |
| DYNASPLINT SYSTEMS INC. | $1,353.06 |
| CARSTENS | $1,312.46 |
| PRAXAIR DISTRIBUTION INC. | $1,267.39 |
| USA MOBILITY WIRELESS, INC | $1,253.94 |
| PATEL & WARREN, PLLC | $1,230.08 |
| WYATT DATA SERVICES | $1,200.00 |
| COLUMBIA SCIENTIFIC | $1,133.47 |
| MOORE WALLACE NORTH AMERIC | $1,108.60 |
| BOB TROUT ENTERPRISES, INC | $1,084.42 |
| WYNN SHIELD INC. | $1,066.39 |
| ENGRAD INVESTMENTS | $1,055.45 |
| TEXAS LIFELINE CORPORATION | $1,045.00 |
| INTEGRACOM, INC. | $1,037.04 |
| EXPRESS 60-MINUTES | $1,019.28 |
| BUILDERSPLUS OF NORTH TEXA | $1,011.74 |
| WESTERN PSYCHOLOGICAL SERV | $966.00 |
| LANGUAGE LINE SERVICES | $964.57 |
| STINNETT THIEBAUD & REMING | $945.00 |
| BURFORD & RYBURN, L.L.P. | $940.80 |
| PELTON MARSH KINSELLA, LLC | $937.56 |
| MONINA GILCHRIST | $887.50 |
| POSIE J. HUNDLEY | $877.12 |
| DIRECTV | $871.25 |
| ALLIED WASTE SERVICES | $825.74 |
| PERSONALIZED PRINTING | $819.45 |
| STERICYCLE INC. | $808.81 |
| TRIPLE B CLEANING, INC. | $800.00 |
| HOME DEPOT U.S.A., INC. | $786.75 |

| | |
|---|---|
| UPS CORPORATE HEADQUARTERS | $775.85 |
| GRAINGER | $749.02 |
| STAR COMMUNITY NEWSPAPERS | $747.19 |
| DAYDOTS INTL. INC. | $731.95 |
| VERIZON SOUTHWEST | $705.55 |
| THE NETWORK ADDRESS, INC. | $701.29 |
| AMERICAN PROFICIENCY INSTI | $675.00 |
| DMI | $658.16 |
| VISIONSHARE, INC. | $649.50 |
| DAN LEE | $636.65 |
| METROCREST CHAMBER OF COMM | $605.00 |
| INGENIX | $581.43 |
| BEST FLOOR COMPANY, INC. | $575.89 |
| ACG MEDICAL SUPPLY INC. | $574.94 |
| ECOLAB INC. | $558.13 |
| THOMSON HEALTHCARE | $549.20 |
| FITZGERALD, SCOTT M.D. | $525.00 |
| SHAMROCK SCIENTIFIC SPECIA | $523.20 |
| INTEGRA LAB SERVICES, LP | $500.00 |
| COMPASS GROUP USA, INC. | $490.00 |
| TIMEMED | $481.29 |
| HEALTH CARE LOGIST!CS | $480.20 |
| 3E COMPANY | $460.00 |
| MEDI-DOSE, INC. | $458.17 |
| GROVER GEAR | $456.75 |
| SPECIALTY MEDICAL SALES | $425.00 |
| GCS SERVICE, INC. | $417.41 |
| 1-800-GOT-JUNK?(DALLAS) LL | $410.27 |
| SUNSHINE MEDIA, INC. | $400.00 |
| GE MEDICAL SYSTEMS INFO. | $372.38 |
| AMERICAN SOCIETY OF HSP | $363.00 |
| TECHNIFAX CORPORATION | $348.35 |
| PITNEY BOWES INC. | $325.57 |
| LINGUI SYSTEMS, INC. | $320.95 |
| STARBUCKS COFFEE COMPANY | $318.93 |
| THE SHERWIN-WILLIAMS CO. | $309.91 |
| J.J. LAMIGO INC. | $299.90 |
| LIFEPROTECTION INCORP | $297.69 |
| W.A.KRAPF, INC. | $293.16 |
| SHAWN MILLER-MANDEL | $286.61 |
| DR. PHILIP BROTMAN | $277.50 |
| SECURLOCK AT PARKER | $265.95 |
| SPRINT ROTHHAMMER | $261.70 |
| NORTHERN SPEECH SERVICES | $260.00 |
| EXP PHARMACEUTICAL SERVICE | $249.68 |
| CHANNING BETE | $244.79 |
| BJJA SCALE FREE | $240.96 |
| RAGLAND STROTHER & LAFITTE | $218.68 |
| GUARDIAN EMS | $216.00 |
| REITAN NEUROPSYCHOLOGY LAB | $202.75 |
| MODERN HEALTHCARES DAILY D | $193.00 |
| DFL ENTERPRISES, INC. | $184.00 |

| | |
|---|---:|
| ATTAINMENT COMPANY | $166.95 |
| STARPLUS EMS | $159.50 |
| INSTITUTE FOR SAFE MEDICAT | $150.00 |
| ULINE | $139.90 |
| FOLLETT CORPORATION | $130.64 |
| KASHWERE COMFORTS | $130.02 |
| ACEP | $128.50 |
| HOWELL ECR SYSTEMS | $108.00 |
| TURNER MEDICAL COMPANY | $100.00 |
| UT SOUTHWESTERN MEDICAL CE | $75.00 |
| CAREFLITE | $64.00 |
| AMTEC MEDICAL INC. | $63.32 |
| PARKLAND MEMORIAL HOSPITAL | $50.00 |
| U.T. HEALTH SCIENCE CENTER | $50.00 |
| HEALTHCARE LIGHTING | $47.19 |
| LEXISNEXIS | $43.09 |
| AQUASOL CONTROLLERS, INC. | $42.13 |
| LONE STAR COMMUNICATIONS, | $25.98 |
| C & S ASSOCIATES, LLC. | $23.67 |
| | **$3,313,308.32** |

In re     **Integra Hospital Plano, L.L.C.**            Case No. _08 - 42998_

                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| See Attached | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

| Name | Address |
|------|---------|
| Southwest Inpt. Rehab Specialists<br>Peter Rappa, MD | 33500 I-30 St C-104<br>Mesquite TX 75150-2677 |
| Michael Blackmon, MD | 6124 W. Parker Road Ste 131<br>Plano, TX 75093 |
| Vaqar Dar, M.D. | 4360 N. Josey Lane<br>Carrollton, TX 75010 |
| Scott Fitzgerald, MD | 8200 Walnut Hill<br>Dallas, TX 75231 |
| Allison Liddell, MD | 8320 Walnut Hill Ste 414<br>Dallas, TX 75231 |
| Peter Rappa, MD | 13825 Hughes Lane<br>Dallas, TX 75240 |
| Vivek Sastry, MD | 14131 Midway Road Ste 620<br>Addison, TX 75001 |
| Irving Radiological Associates<br>Richard J. Suhler | 2001 N. MacArthur Ste 240<br>Irving, TX 75061 |

# CLINICAL CONTRACT LISTING

| Contracting Party/Services Provided | Contract Date | Payment Rate | Address | Contact | Comments |
|---|---|---|---|---|---|
| Abbott Point of Care(Service contract for i-Stat equipment) | 5/24/2008 | $420 Annually | 104 Windsor Center Drive East Windsor, NJ 08520 | Jeannie Stephens, Mgr. Customer Operations | |
| AMR Ambulance Service formerly Lifeguard Ambulance - Transportation services | 4/24/2007 | $210 - 261.15 per trip + $6.25 per mile | | | |
| Baxter Healthcare Corporation - 2M8063 Baxter Flo-Gard Infusion Pump | 5/1/2007 | $300 p/m | One Baxter Parkway Deerfield, IL 60015 | Joanne Pederson Contract Administrator | |
| Cardinal Health - Equipment rental and support | 2/7/2007 | $8552 mo. | 3750 Torrey View Court San Diego, CA | Kristie McDowell Contract Specialist | |
| Carter BloodCare - Blood components and services | 3/29/2007 | Various Fees | 2205 Highway 121 Bedford, TX 76021 | Keilie Kerr, Dir. Hospital Relations | |
| DaVita, Inc. Renal Treatment Centers - Southeast | 3/1/2008 | Fee Schedule | DaVita Inc. Attn: Acute Paralegal 15253 Bake Parkway Irvine, CA 92618 and to DaVita Inc. Attn: Acute Facility Administrator 1220 Reba McEntire Lane Dennison, TX 75020 | | |
| Dallas - Fort Worth Hospital Council - Office of Disaster Preparedness - National Bioterrorism Hospital Preparedness Program Subrecipient / Participating Hospital Agreement | 9/1/2006 | | 250 Decker Drive Irving, TX 75062 | | |
| 3E Company Environmental - MSDS, Chemical Spill, Poison Control hotline services | 3/9/2007 | $460 p/y | 1905 Aston Avenue Ste 100 Carlsbad, CA 92008 | | |
| dba Guardian EMS Powell Professional Services, LLC | 11/20/2007 | Fee Schedule | 1239 Bowie Street Columbus, TX 78934 | Joe Fowler, Reg Mgr | |

| Contracting Party/Services Provided | Contract Date | Payment Rate | Address | Contact | Comments |
|---|---|---|---|---|---|
| Hanger Prosthetics & Orthotics, Inc. | 7/1/2007 | Fee Schedule | Attn: Contracts Dept<br>1375 Piccard Dr Ste 300<br>Rockville, MD 20850<br>and<br>Attn: Contracts Dept<br>4155 E La Palma Ave B400<br>Anaheim CA 92807 | | |
| Integra Lab Services - Laboratory Director services | 4/5/2007 | $500 p/m - $75 p/h | 8616 Overland Drive<br>Fort Worth, TX 76179 | Judy Faulkner | |
| JCAHO - Accreditation | 5/24/2007 | | Joint Commission<br>One Renaissance Blvd<br>Oakbrook Terrace, IL 60181 | | |
| Laboratory Corporation of America - Laboratory Services | 2/9/2007 | Fee Sched. - 55% | ATTN: Contracts Administrator<br>7777 Forest Lane, Ste C-350<br>Dallas, TX 75230<br>and<br>Laboratory Corp of America Holdings<br>ATTN: Law Dept<br>430 South Spring Street<br>Burlington, NC 27215 | | |
| Language Line - Translation services | 4/16/2007 | 250 init. + 100 p/month against p/min rates | Language Line Services<br>Facsimile: 800-821-9040 | | |
| Lone Star Ambulance - Transportation services | 4/26/2007 | $155 one way + $4 per mile | PO Box 850246<br>Richardson, TX 75085-0246 | | |
| O & P Services, Inc. | 11/9/2007 | Fee Schedule | 1936 N Story Road<br>Irving, TX 75061 | | |

# CLINICAL CONTRACT LISTING

| Contracting Party/Services Provided | Contract Date | Payment Rate | Address | Contact | Comments |
|---|---|---|---|---|---|
| Praxair Healthcare Services - Oxygen USP services | 6/4/2007 | $3.25 per cylinder + $3.65 rental per cylinder per day/month | PO Box 120812 Dallas, TX 75312-0812 and 7000 High Grove Boulevard Burr Ridge, IL 60521 | | |
| Prestonwood Rehab and Nursing Center (IHP Imaging) | 2/20/2008 | Fee Schedule | 2460 Marsh Lane Plano, TX 75093 | Bob Foster, CEO | |
| Regency Hospital of North Dallas (IHP Imaging) | 9/7/2007 | Fee Schedule | 2225 W Parker Road Carrollton, TX 75010 | Judith Schiros, CEO | |
| Roche Diagnostics Corporation - Accu-Chek supplies | 6/5/2007 | $12,999.46 p/y | 9115 Hague Road PO Box 50457 Indianapolis, IN 46250-0457 | | |
| Scale Free Company, Inc. | 9/11/2007 | | 2320 Patterson Industrial Drive Pflugerville, TX 78660 | | |
| TMF Health Quality Institute | 3/20/2008 | | ATTN: Contract Specialist Bridgepointy Plaza I, Ste 300 5918 West Courtyard Dr Austin TX 78730-5036 | | |
| Tyco Healthcare - Compression Systems | 7/1/2007 | $6,000 | Kendall Healthcare Products Co 15 Hampshire Street Mansfield, MA 02048 | | |
| U.S. Infusion | 8/10/2007 | | U.S. Infusion, Inc. 14617 Meadowland Circle Newark, TX 76071 | John Davis, CEO | |

| Contracting Party/Services Provided | Contract Date | Payment Rate - Hourly | Address | Contact Name | Comments |
|---|---|---|---|---|---|
| Access - Social Workers | 6/4/2007 | $54/60 | PO Box 270155 Flower Mound TX 75027-0155 | Cathryn Murray, President | Expired 5/31/08 |
| Advantage Nursing Services, Inc. | 04/02/07 | $21.95 - $56.95 | 3340 Severn Avenue Ste 320 Metairie LA 70002 | Gina Cannatella, Reg. VP 504-883-8718 800-749-1122 | |
| Cardiovascular On-Call Specialists, Inc. | 11/16/07 | Fee Schedule | 6500 Greenville Avenue Ste 760 Dallas, TX 75206-1019 | Morton J. Graham III, CEO | |
| Career Staff Unlimited | 04/10/07 | $50/$63 | 8615 Freeport Parkway Suite 225 Irving, TX 75063 | Melissa Weller Area Director | |
| Clinical Staffing | 04/06/07 | $50/$53 | 3878 Oak Lawn Ave Ste 370 Dallas, TX 75219 | Scott Reid, Director | |
| Enterprise Medical Staffing | 04/20/07 | $19-$58 | 1140 Empire Central Ste 245 Dallas, TX 75247 | Gerrod Coleman | |
| Food Team | 05/31/07 | $13.95 | 6060 N. Central Expwy Ste 425 Dallas TX 75206 | Joe Romero, Staff Mgr. | |
| Maxim Healthcare Services, Inc. d/b/a/ Maxim Staffing Solutions | 06/06/07 | $20/$68 | 2710 N. Stemmons Frwy Dallas, TX 75207 Contract Notices: 7227 Lee DeForest Drive Columbia, MD 21046 | Chris Spaulding, Acct Rep 888-800-5210 | |
| Med Rec - Rehab Temp Staffing | 05/14/07 | $52/$62 | PO Box 700168 San Antonio, TX 78270 | | |
| Monina's Enterprises - Translation Services (Spanish) | 10/26/07 | $60/$70 | 2609 Leicester Drive Carrollton, TX 75006 | Monina Gilchrist, President | |
| Platinum Select - Rehab and Nursing | 05/16/07 | $48/$87 | 325 N. St. Paul St. Ste 4200 Dallas, TX 75201 | | |
| Respiratory Associates | 04/20/07 | $40/$48 | RKV Investments, Inc. d/b/a/ Respiratory Associates of TX PO Box 1304 Arlington, TX 76004-1304 | Richard Wilks, VP | |

| Shaw, Emily - Enterostomal Nsg Services | 03/06/08 | $90/$70 | |
|---|---|---|---|
| Supplemental Health Care Staffing Specialists | 05/03/07 | T-$60/$65<br>A-$50/$55 | SHC Services, Inc.<br>1640 West Redstone Center<br>Dr Ste 200<br>Park City UT 84098 |

| Contracting Party/Services Provided | Contract Date | Payment Rate | Address | Contact |
|---|---|---|---|---|
| Allied Waste Services - Waste collection & disposal | 04/16/07 | 1046.53 p/m | 18500 North Allied Way Phoenix, AZ 85054 | |
| The Amras Corporation - Custodial management of medical records | 03/30/07 | 0.00 (charged to requestor) | 1926 Silver Street Garland, TX 75042 | |
| BeaconMedaes - Medical Gas Technical Service | 07/01/07 | Invoice per visit | 13325 Carowinds Blvd Charlotte, NC 28273 | |
| Compass Group USA, Inc. - Canteen Vending Services Division - vending machine provision and servicing | Not shown | Profit/Loss | General Counsel and Secretary 2400 Yorkmont Road Charlotte, NC 28217 and President Canteen Vending Services Division 2400 Yorkmont Road Charlotte, NC 28217 | |
| Cummins - Southern Plains - Emergency Generator maintenance agreement | 05/03/07 | 1619.42 p/y | Cummins Southern Plains LLC PO Box 90027 Arlington TX 76004-3027 | |
| Dynamic Biomedical - Medical equipment service | 04/18/07 | $3,450 p/y | 1012 Hilton Dr. Mansfield, TX 76063 | |
| IT HealthTrack, Inc. - Consulting Services - Medical records auditing (IRF-PAI compliance) | 03/29/07 | $150 p/h $1,200.00 p/d | Dr. Pamela Smith IT HealthTrack Inc 6500 Main Street Ste 3 Williamsville NY 14221 | |
| Johnson Controls - Chiller Contract | 05/01/07 | | 3021 West Bend Drive Irving TX 75063 | |
| Life Protection Maintenance & Consulting, Inc. | 07/31/07 | $4670 Annual | PO Box 161025 Fort Worth TX 76161-1025 | |
| LoneStar Communications Inc. - 37 bed connectors for Stryker beds to Nurse Call System | 04/23/07 | $14,527 | 1414 Post & Paddock Ste 200 Grand Prairie TX 75050 | |

| | | | |
|---|---|---|---|
| LoneStar Communications Inc. - RF distribution changes | 04/20/07 | $2,703 | ATTN Kim Schuler, Chief Operating Officer 2125 Chenault Drive Ste 100 Carrollton TX 75006 | |
| Lamajak, Inc. d/b/a Lori's Hospital Gift Shops - Gift Shop Management | 05/21/07 | $0-$3,000 | Martin C. Reamy, President M.C.R. Environmental Services 3921 Jamestown Place Plano, TX 75023 | |
| M.C.R. Environmental Services, Inc. | 03/01/07 | $1775.00 mo | TERMINATED | |
| Metrocrest Enterprises Janitorial Services - Cleaning services | 10/05/06 | $300 p/m | TERMINATED 7/17/08 | |
| Mister Sweeper - Building exterior maintenance | 04/25/07 | $156.96 p/m | PO Box 10832 Chantilly, VA 20153 | |
| National Practitioner Data Bank & Healthcare Integrity and Protection Data Bank - Data reporting & inquiries | 03/08/07 | | 4404 Voss Hills Place Dallas, TX 75287 | |
| Ocean Fresh Laundries, Inc. | 04/11/07 | | Patricia A. Trela Patrela Consulting 275 Victory Road Quincy, MD 02171 | |
| PATrela Consulting - Consulting Services - IRF-PAI coding requirements | 06/05/07 | $2500 + exp. | | |
| | | $129.90 init. & | 2614 Freewood Drive Dallas, TX 75220 | |
| Prime Pest Management - Pest control (Trailer) | 12/08/06 | $70.36 p/m | ATTN: Retail Contract Management 1000 Main PO Box 3412 Houston, TX 77253-3412 | |
| Reliant Energy Retail Services, LLC | 11/19/07 | | 2320 Patterson Industrial Drive Pflugerville, TX 78660 | Kevin Malone Energy Marketing Mgr |
| Scale Free Company | 10/01/07 | 10/1/2007 | PC Connection Route 101A 730 Milford Road Merrimack, NH 03054 | E. Ray Featherston Area Mgr. |
| Service Net | 03/30/08 | | Shred USA ATTN Contracts Dept PO Box 470636 Fort Worth, TX 76147 | |
| Shred USA | 07/23/07 | | | |

| | | | |
|---|---|---|---|
| Stericycle, Inc. - Biomedical Waste Services | 04/04/07 | $6.51 per container | 28161 N. Keith Drive Lake Forest IL 60045 |
| Sterling Protective Service, Inc. - Uniformed security | 04/09/07 | $14.05 p/h $21.08 OT | TERMINATED |
| Time Warner Telecom | | $450 init + $368 p/m | TWTC 2805 N Dallas Parkway Ste 140 Plano TX 75093 |

INTEGRA HOSPITAL CONTRACT EFFECTIVE AND TERMINATION DATES

| Name of Insurance Company | Address 1 | Address 2 | Zip Code | Effective Date | Initial Duration of Agreement | Termination Date |
|---|---|---|---|---|---|---|
| ACS | PO Box 14600 | Tallahassee, FL | 32317-4600 | | | |
| Aetna | PO Box 569440 | Dallas, TX | 75356-9440 | 4/15/2008 | 3 Years | Automatic Renewal |
| ppo Next, Inc | 8625 King George Drive, Ste 300 | Dallas, TX | 75235 | 9/1/2007 | 1 Year | Automatic Renewal |
| BC/BS of Texas | PO Box 833840 | Richardson, TX | 75083-3840 | 1/1/2008 | none listed | Automatic Renewal |
| CorVel | 15303 Dallas Parkway, Ste 300 | Addison, TX | 75001 | 2/7/2008 | 1 Year | Automatic Renewal |
| Coventry | 750 Riverpoint Drive | W. Sacramento, C | 95605 | 1/1/2008 | 1 Year | After 12 months either party may terminate with 120 days notice |
| Great-West | 8350 N. Central Expressway, Ste. | Dallas, TX | 75206 | 12/1/2007 | 1 Year | Automatic Renewal |
| Choice Care | PO Box 19013 | Green Bay, WI | 54307 | signed 12/12/07 no date on agreement | 1 Year | Automatic Renewal |
| Interplan (IHG) | 600 Six Flags Drive, Ste 200 | Arlington, TX | 76011 | 12/1/2007 | 2 Years | Automatic Renewal |
| IHG Worker's Comp | 600 Six Flags Drive, Ste 200 | Arlington, TX | 76011 | 5/1/2008 | 2 Years | Automatic Renewal |
| Multiplan | 115 Fifth Avenue | New York, NY | 10003-1004 | 12/1/2007 | 1 Year | Automatic Renewal |
| Prestonwood Rehab | 2460 Marsh Lane | Plano, TX | 75093 | 2/20/2008 | none listed | Diagnostic & Imaging only - no renewal information indicated -no completion of agreement |
| Regency Hospital | 2225 W. Parker Road | Carrollton, TX | 75010 | 9/7/2007 | none listed | Diagnostic & Imaging only - no renewal information indicated -no completion of agreement |

| DAR | | | | | Based on DARS' | |
|---|---|---|---|---|---|---|
| DAR | 218 Billings, Ste 310 | Arlington, TX | 76010 | 12/17/2007 | | 12/31/2008 |
| TX True Choice | 5000 Legacy Drive, Ste 190 | Plano, TX | 75024 | 10/1/2007 | 9/30/2008 | Automatic Renewal |
| Trinity Medical Center | 2225 West Parker Road | Carr,llton, TX | 75010 | 12/12/2007 | 1 year | Automatic Renewal |
| United HealthCare | Street 5800 Granite Pkwy, Ste 900 | Plano, TX | 75024 | 3/1/2008 | 3 years | Automatic Renewal |
| USA | 916 Capital of TX Hwy South | Austin, TX | 78746 | 12/1/2007 | 1 year | Automatic Renewal |

In re    Integra Hospital Plano, L.L.C.                   Case No. _08 - 42998_

                                            Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| DAVID B. LeBLANC<br>2301 MARSH LANE<br>PLANO, TX 75093 | BANK OF TEXAS<br>SUITE 1100<br>5956 SHERRY LANE<br>DALLAS TX 75225<br><br>TEXAS CAPITAL BANK<br>SUITE 900<br>2100 McKINNEY AVE.<br>DALLAS TX 75201<br><br>SIEMENS FINANCIAL SERVICES INC<br>MAIL STOP K21<br>51 VALLEY STREAM PARKWAY<br>MALVERN, PA 19355 |

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Eastern District of Texas

In re   Integra Hospital Plano, L.L.C.        Case No.    08 - 42998

                          Debtor(s)            Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Integra Healthcare Holdings, Ltd. by Integra Healthcare GP of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _11-19-08_         Signature   _____

                                 David LeBlanc, Managing Member
                                 Integra Healthcare Holdings, Ltd. by Integra Healthcare GP

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.