**Neil J. Orleans**
State Bar No. 15303500
**GOINS, UNDERKOFLER, CRAWFORD
    & LANGDON, L.L.P.**
1201 Elm Street, Suite 4800
Dallas, Texas 75270
Attorneys for **Gulf South Medical Supply, Inc.**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| INTEGRA HOSPITAL PLANO, L.L.C., | § | CASE NO. 08-42998 |
| et al. | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

**AMENDED ORDER GRANTING APPLICATION OF GULF SOUTH MEDICAL
SUPPLY, INC.
<u>FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE</u>**

Order Granting Application of Gulf South Medical Supply, Inc. for  Allowance
and Payment of  Administrative Expense - 07803-031/181270

Page 1

Came on to be heard on the date last set forth below the Application of Gulf South Medical Supply, Inc.(hereinafter called **"Gulf South"**) for Allowance and Payment of Administrative Expense. After reviewing the application and hearing the arguments of counsel thereon, the Court is of the opinion that the Application is well taken and should accordingly, be granted; it is, therefore,

**ORDERED** that the Application is granted and Gulf South is hereby allowed a Chapter 11 administrative expense claim under 11 U.S.C. §503(b)(9) in the amount of $20,461.30; it is further

**ORDERED** that this Chapter 11 administrative expense claim will be paid by the Debtor at the same time all other similarly situated Chapter 11 administrative expense claims are paid; it is further

**ORDERED** that the Court retains jurisdiction with respect to any dispute concerning the relief granted hereunder.

Signed on 12/11/2008

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Order Granting Application of Gulf South Medical Supply, Inc. for Allowance
and Payment of Administrative Expense - 07803-031/181270

Page 2