

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **In re:** § § | **CHAPTER 11 CASE** |
| **INTEGRA HOSPITAL PLANO,** § **L.L.C.,** *et. al.* § § | **CASE NO. 08-42998** |
| **Debtors.** § § | **Jointly Administered** |

## ORDER GRANTING MOTION TO MAKE PAYMENTS TO EMPLOYEES ON PAYROLL AND EXPENSE RELATED OBLIGATIONS

Came on for consideration the *Motion to Make Payments to Employees on Payroll and Expense Related Obligations* (the "Motion")[1] filed by Integra Hospital Plano, L.L.C. ("Integra Plano"), Integra Hospital Baton Rouge, L.L.C. ("Integra Baton Rouge"), Integra Hospital Management, L.L.C. ("Integra Management") and Integra Healthcare Holdings, Ltd. ("Integra Holdings," together with Integra Plano, Integra Baton Rouge, and Integra Management the "Debtors" or "Companies"), the Debtors in the above captioned cases. The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finds that the relief requested in the Motion is in the best interests of the Debtors, its estates, and the creditors thereof; the Court finds that, under the circumstances, proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and the Court finds that, upon the record herein after due deliberation thereon, the Debtors have shown good, sufficient, and sound business purpose and justification for the relief requested in the Motion; therefore, cause exists to grant the Motion; accordingly

**IT IS, THEREFORE, ORDERED** that the Motion is granted as set forth herein;

**IT IS FURTHER ORDERED** that the Debtor Integra Plano is authorized to make payments to employees for the Promised Expenses in an amount not to exceed $5,797.00.

**IT IS FURTHER ORDERED** that the Debtor Integra Plano is authorized to make the prepetition payments to the 401K Plan on account of employee deferrals in an amount not to exceed $54,439.00.

**IT IS FURTHER ORDERED** that the Debtors are authorized to use Cash Collateral or to drawdown on the DIP Loan pursuant to the *Order Granting Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Incur Postpetition Secured Indebtedness, (II) Granting Security Interests and Superpriority Claims Pursuant to Sections 105(a) and 364(c) of the Bankruptcy Code; (III) Granting Adequate Protection to the Pre-petition Secured Lenders and (IV) Scheduling a Final Hearing on the Motion Pursuant to Bankruptcy Rules 2002, 4001 and 9014* and the *Interim Order Regarding Emergency Motion to Use Cash Collateral* to obtain funds to make the payments authorized herein.

**IT IS FURTHER ORDERED** that all other relief requested in the Motion, not granted herein, is withdrawn without prejudice to requesting such relief at a later time.

Signed on 03/10/2009

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE