IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: <br><br> INTEGRA HOSPITAL PLANO, LLC <br><br> Debtor | Case No. 08-42998 <br> Chapter 7 |

**ORDER APPROVING COMPROMISE AND SETTLEMENT
AGREEMENT WITH ATMOS ENERGY CORPORATION**

On this day the Court considered the Motion to Approve Compromise and Settlement Agreement with Atmos Energy Corporation (the "Motion to Compromise") filed by Linda Payne, Chapter 7 Trustee of Integra Hospital Plano ("Trustee") in settlement of certain claims against Atmos Energy Corporation ("Atmos") in that certain adversary proceeding styled *Payne v. Amerisource Bergen Drug Corp., et al.,* Adversary No. 10-4245 ("Adversary"). The Court finds that appropriate notice and opportunity for hearing was provided and that no creditor or party in interest has filed a timely objection to the Motion to Compromise. It is therefore

ORDERED that the facts contained in the Motion to Compromise are hereby adopted as true and correct and as findings of this Court; it is further

ORDERED that the relief requested by the Motion to Compromise is hereby GRANTED and the Settlement Agreement referenced therein is hereby APPROVED.

Signed on 3/21/2011

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE